JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Back Beat,<br><br>          Plaintiff,<br><br>     v.<br><br>M & S Trading, et al.,<br><br>          Defendant(s).<br>_____ | CASE NO. SACV 06-900-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: January 23, 2008

_____
James V. Selna
United States District Judge